**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-1767**

―――――――――

SELECT SPECIALTY PRODUCTS, INCORPORATED,

Plaintiff - Appellee,

versus

SHARRON HUNT,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, District Judge. (CA-97-90-C)

―――――――――

Submitted: October 8, 1998          Decided: October 22, 1998

―――――――――

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Sharron Hunt, Appellant Pro Se. John Douglas McKay, Tracy Lynn Taylor, MCKAY LAW OFFICES, Charlottesville, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order entering judgment in favor of Appellee on its complaint asserting breach of contract and related claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court, <u>Select Specialty Prods., Inc. v. Hunt</u>, No. CA-97-90-C (W.D. Va. Apr. 29, 1998), and deny Appellant's motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>